IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-MJ-01362-JG-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OLEKSIY SOLOMONKO | ) | |

This Cause comes before the Court upon Defendant's motion for authorization of funds in excess of five hundred dollars pursuant to the Criminal Justice Act. [DE-12]. Defendant does not speak or understand fluent English, necessitating the interpreter services of Ms. Galina Raff each time Defendant meets with his attorney. Defendant requests the Court authorize the payment of funds for Ms. Raff's services, in an amount exceeding the statutory maximum of five hundred dollars.

Defendant fails to articulate the hourly rate for Ms. Raff's services or provide an estimate of how many hours he anticipates utilizing her services. Also, he does not state whether Ms. Raff is a certified interpreter. Defendant's motion for authorization for funds [DE-12] is therefore DENIED WITHOUT PREJUDICE. Defendant may submit an amended motion addressing these omissions.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 3rd day of June, 2011.

WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE